UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRFAN ANSARI, HINA NAZ ) | **Case No: 8:07-CV-00160** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| F. GERARD HEINAUER et al. ) | |
| ) | |
| Defendants. ) | |

The Court, having considered the Unopposed Motion for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) filed by Plaintiffs (Filing No. 19)  hereby ORDERS that all claims of Plaintiffs are dismissed without prejudice with each party to bear its own costs.

DATED this  27th day of February, 2008.

BY THE COURT:

s/ Joseph F. Bataillon

Chief United States District Judge